# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF NEW YORK
## CHAMBERS OF THE BANKRUPTCY JUDGE

HON. DIANE DAVIS
U.S. BANKRUPTCY JUDGE

220 U.S. COURTHOUSE
UTICA, NEW YORK 13501
(315) 793-8111
FAX: 793-8792

July 8, 2011

Kennedy J. Hyde
6 Evergreen Lane
Oneonta, New York 13820

Re:   Kennedy J Hyde         Case No.: 08-62435
      Davis v. Hyde          Adv.P. No: 11-80008

Dear Mr. Hyde:

On July 7, 2011, the Court received an e-mail from you with the subject noted as "Court in Utica Tomorrow." Please be advised that the Court will not accept future correspondence, motions, or other submissions by e-mail or facsimile.

The Court has adjourned all matters that were scheduled to be heard on July 7, 2011's Binghamton calendar to July 28, 2011's Binghamton calendar. Personal appearances will be required on that date in Binghamton, New York. Any further request for an adjournment without opposing party's consent beyond that date will require documentation demonstrating "good cause" to be properly filed with this Court per the Local Rule.

Very Truly Yours,

/s/ Diana M. Roy
DIANA M. ROY
Judicial Assistant to the
Honorable Diane Davis

cc:   Guy A. Van Baalen, Esq.
      Erin Champion, Esq.
      James C. Collins, Esq.